# MEMORANDUM DECISIONS

---

### 1

Frank BENEDICT v. STATE. (No. 9659.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Grayson County; F. E. Wilcox, Judge. J. P. Cox, of Sherman, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J. . The appellant was convicted in the district court of Grayson county for the offense of manufacturing liquor, and his punishment assessed at confinement in the penitentiary for one year. The record discloses that the appellant's conviction was on his plea of guilty, and there is no statement of facts or bills of exception before this court. The indictment is in proper form, and the penalty assessed is one that is provided for by law, and, there being no error manifest from the record, the judgment of the trial court is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### 2

H. B. BIGGINS v. STATE. (No. 9646.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Criminal District Court No. 2, Dallas County;. C. A. Pippen, Judge. Puckett, Fagan & Tirey, of Dallas, for appellant. Shelby S. Cox, Crim. Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

BAKER, J. The appellant was convicted in the criminal district court of Dallas county for negligently killing one M. G. Harris by running over him with an automobile, and his punishment assessed at one year in the county jail. The record is before us without a statement of facts or bills of exception. The indictment correctly charges the offense, and the court properly charged the law applicable thereto. There being no error shown in the record, the judgment of the trial court is accordingly affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### 3

Will BRADLEY v. STATE. (No. 9648.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Huling P. Robertson, of Dallas, for appellant. Shelby S. Cox, Crim. Dist. Atty., of Dallas, Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for the offense of driving a motor vehicle while intoxicated; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

### 4

J. C. CLARK v. STATE. (No. 9759.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Baskett & De Lee, of Dallas, for appellant. Shelby S. Cox, Crim. Dist. Atty., of Dallas, Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The indictment is regular. The record is before us without statement of facts or bills of exception. No fundamental error has been perceived or pointed out. The judgment is affirmed.

---

### 5

C. C. DANIELS v. STATE. (No. 9502.) (Court of Criminal Appeals of Texas. Oct. 7, 1925.) Appeal from District Court, Kerr County; R. H. Burney, Judge. J. S. Wheless, of Kerrville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for